In the Matter of the Claim of MATTHEW A. MUNIAK, Respondent, against AFC INDUSTRIES, INC., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument granted, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT J. DINGMAN, Appellant.— Application for leave to appeal to the Court of Appeals in a criminal case. The motion is improperly made to this court. Motion denied, without prejudice to its renewal before an individual Justice of this court or an individual Judge of the Court of Appeals. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD DE GROAT, Appellant.— Application for reargument denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of ANDREW W. AAGAARD, JR., an Infant, by ANDREW AAGAARD, SR., His Guardian ad Litem, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss proceeding granted, without costs. Foster, P. J., Coon, Gibson and Herlihy, JJ., concur; Reynolds, J., not voting.

In the Matter of ETHERIDGE GOODFELLOW, Appellant, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Decision of this court, handed down July 31, 1958 (ante, p. 962), amended to read as follows: Order appealed from affirmed, with $50 costs to the respondent, Kelly, as Commissioner of Motor Vehicles of the State of New York. Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals, denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

PLEASANT VALLEY PACKING COMPANY, INC., Respondent, v. SAMUEL J. TALARICO, Individually and as President of the Amalgamated Meatcutters, Butchers Workmen and Affiliated Crafts of North America, District Union, Local No. 1, AFL–CIO, et al., Appellants.— Motion to reinstate appeals from Special Term orders of September 19, 1957 and September 23, 1957, heretofore dismissed as moot (see Pleasant Valley Packing Co. v. Talarico, 5 A D 2d 943 revd. 5 N Y 2d 40), denied. The reargument of such appeals would serve no useful purpose in view of the Court of Appeals decision of the question of law involved and this court's affirmance of the findings of fact made by the Special Term. Present — Foster, P. J., Coon, Gibson and Reynolds, JJ.; Herlihy, J., not voting.

In the Matter of the Claim of FRANK LADUTSKY, Respondent, against TRI-MOTOR AUTO SERVICE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of RETAILERS COLLATERAL SECURITY TRADING CORP., Appellant, against DEPARTMENT OF STATE OF THE STATE OF NEW YORK et al., Respondents.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of JOSEPH LECHNER, Respondent, against W. EVANS SMITH, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss proceeding denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.